UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KRISELDA JEAN SCRUGGS WASHINGTON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:13-cv-0785 ) JUDGE CRENSHAW ) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court **VACATES** the referral to the magistrate judge. (Doc. No. 24.) The plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **DENIED** and the decision of the Social Security Administration is **AFFIRMED**.

This case is **DIMISSED** and the Clerk is directed to **CLOSE** the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE